UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STRIKE 3 HOLDING LLC,

                        Plaintiff,                Civil Action No.
-against-                                19-CV-000465 (DRH)(SIL)

JOHN DOE Subscriber assigned IP address,
173.220.72.43,

                        Defendant.
-----------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to this action, by and through their respective attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) this action be dismissed with prejudice and without costs, attorneys' fees, expenses or disbursements to any party.

Dated: Uniondale, New York
         December __, 2019

| | |
|---|---|
| THE JAMES LAW FIRM | RIVKIN RADLER LLP |
| _Jacqueline M. James_ | _Tamika N. Hardy_ |
| Jacqueline M. James, Esq. | Tamika N. Hardy, Esq. |
| 445 Hamilton Avenue, Suite 1102 | *Attorneys for Defendant* |
| White Plains, NY 10601 | *JOHN DOE Subscriber assigned* |
| (914) 358-6423 | *IP address, 173.220.72.43* |
| jameslawcourtfilingsandnotices@jacquelinejameslaw.com | 926 RXR Plaza |
| | Uniondale, New York 11556-0926 |
| | (516) 357-3000 |
| | tamika.hardy@rivkin.com |

**SO ORDERED:**

_____
Steven I. Locke, U.S.M.J.

4665910 v1